

by her attorneys at Helen F. Dalton & Associates, PC, allege, upon personal knowledge as to herself and upon information and belief as to other matters, as follows:

### PRELIMINARY STATEMENT

2. Plaintiff, MARIA FLORES through undersigned counsel, brings this action against EMPIRE CLEANERS INC. and DAE HOON HA an individual (collectively, "Defendants"), to recover damages for egregious violations of federal and state minimum wage and overtime laws arising out of Plaintiff's employment at the EMPIRE CLEANERS INC., located at 425 2nd Avenue, New York, New York, 10010.

3. Plaintiff MARIA FLORES was employed by Defendants at EMPIRE CLEANERS INC., from approximately September 18th, 2006 until her employment was terminated on September 20th, 2007. Although Plaintiff

1

Case # 08 CV 2039
2/29/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | March 4, 2008 at 12:15 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles Kastner | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 425 2nd Avenue, New York, NY 10010

~~Empire Cleaners Inc~~ Dae Hoon Ha, an individual ~~xx~~

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Young Sook Ha - Wife/Co-worker, Auth. to Accept
Desc: Yellow Female, Black Hair, 58 years, 5'4, 140 lbs.

☐ Returned unexecuted:

Mailing a copy personal and confidential on 3/5/08

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 5, 2008
                    Date              Signature of Server

Charles Kastner - #957455
Valley Stream, NY
*Address of Server*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dalton #27-L036

Case # 08 CV 02039

2/29/08

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | DATE | March 4, 2008 at 12:15 pM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 425 2nd Avenue, New York, NY 10010
Empire Cleaners Inc.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: Young Sook Ha - ~~XXXXXXXXXXXXXX~~ Managing Agent Auth to Accept
Desc: Yellow female, black hair, 58 yrs, 5'4" 140 lbs

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 5, 2008
                    Date              Signature of Server

Charles Kastner - #957455
Valley Stream, NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public State of New York
No. R5C01218
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M Tranquellino*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case # CV 08 634
2/14/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons in a civil action was made by me<sup>(1)</sup> | March 3, 2008    at 3:36 PM |
| NAME OF SERVER (PRINT)   Robert M. Serkes | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 12 North Franklin Street, Hempstead, NY 11550

V & T Supermarket Inc.

☒ Left copies thereof at the defendant's place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Han Trinh - Managing Agent, Auth. to Accept
Desc: White Asian Male, Black Hair, 50-56 yrs., 5'10, 190 lbs.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 5, 2008
Date

Signature of Server

Robert M. Serkes - #871450
Garden City S., NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. [illegible]
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure