UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA FLORES,<br><br>      Plaintiff,<br><br>      -vs-<br><br>EMPIRE CLEANERS INC. and DAE HOON HA,<br><br>      Defendants. | **08 CIV. 2039 (JGK)**<br><br>**STATEMENT PURSUANT TO FEDERAL CIVIL RULE 7.1**<br><br>ECF CASE |

  Please take notice that defendant **EMPIRE CLEANERS INC.,** duly organized and existing under the laws of the State of New York, by their attorney pursuant to Federal Civil Rule 7.1 state as follows:

  There are no parent corporations nor any publicly held corporations that own any percentage of the above named corporations.

Dated: New York, New York
   April 17, 2008

                    LAW OFFICE OF JONATHAN Y. SUE

                      /s/
                 By: Jonathan Y. Sue (JS / 0738)
                   *Attorney for Defendants*
                   1220 Broadway, Suite 502
                   New York, New York 10001
                   212.967.1001

C:\Law Office\J Y S\S S H A\Empire Cleaners, Inc\7.1 Disclosure Statement.wpd

**08 CIV. 2039    (JGK)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FLORES,

                     Plaintiff,

             -vs-

EMPIRE CLEANERS INC. and DAE HOON HA,

                     Defendants.

**STATEMENT PURSUANT TO
FEDERAL CIVIL RULE 7.1**

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
212.967.1001