UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FLORES,

                Plaintiff,

-vs-

EMPIRE CLEANERS INC. and DAE HOON HA,

                Defendants.

**08 CIV. 2039     (JGK)**

**ANSWER CONTAINING AFFIRMATIVE DEFENSES**

ECF CASE

**DEFENDANTS EMPIRE CLEANERS INC. and DAE HOON HA
BY THEIR ATTORNEY, THE LAW OFFICE OF JONATHAN Y. SUE,
FOR THEIR ANSWER HEREIN:**

FIRST:	Denies each and every allegation contained within the Paragraphs numbered: **3; 4; 5; 6; 25; 26; 27; 28; 31; 34; 35; 36; 37; 38; 42; 43; 44; 45; 48; 49; 50; 51; 55; 56; 57; 58; 60; 61; 62; 63; 64** and the *ad damnum* paragraph of the complaint herein.

SECOND:	Denies knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraphs numbered: **1; 2; 7; 8; 9; 10; 11; 12; 14; 15; 16; 17; 18; 19; 20; 21; 22; 23; 24; 29; 30; 32; 33; 39; 40; 41; 46; 47; 52; 53; 54 and 59** of the complaint herein.

THIRD:	Admits each and every allegation contained in Paragraph numbered **13** of the complaint herein and leaves all questions of law to the Court.

**AS AND FOR A FIRST SEPARATE AFFIRMATIVE COMPLETE AND/OR
PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

FOURTH:	That, the plaintiff's complaint fails to set forth facts sufficient upon which to base a cause of action against the defendants.

FIFTH:	As a result of the foregoing, the plaintiff's complaint must be dismissed as

**LAW OFFICE OF
JONATHAN Y. SUE**
1220 Broadway
Suite 502
New York, NY 10001
212.967.1001

a matter of law.

### AS AND FOR A SECOND SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:

SIXTH: Plaintiff is estopped from bringing this action.

SEVENTH: As a result of the foregoing, plaintiff's complaint must be dismissed as a matter of law.

### AS AND FOR A THIRD SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:

EIGHTH: Plaintiff is barred from bringing this action based on the doctrine of Laches.

NINTH: As a result of the foregoing, plaintiff's complaint must be dismissed as a matter of law.

### AS AND FOR A FOURTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:

TENTH: Statute of limitations.

ELEVENTH: As a result of the foregoing, plaintiff's complaint must be dismissed as a matter of law.

### AS AND FOR A FIFTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:

TWELFTH: Defendants at all relevant times complied with all applicable statutes and laws and therefore, plaintiff cannot recover punitive or liquidated damages.

THIRTEENTH: As a result of the foregoing, plaintiff's complaint must be dismissed as a matter of law.

### AS AND FOR A SIXTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:

FOURTEENTH: Defendants reserve the right to assert additional defenses as plaintiff's claims are clarified in the course of this litigation.

**LAW OFFICE OF JONATHAN Y. SUE**
1220 Broadway
Suite 502
New York, NY 10001
212.967.1001

**WHEREFORE**, Defendants respectfully demand judgment as follows:

(a) dismissing plaintiff's complaint with prejudice, together with the costs and disbursements of this action and reasonable attorneys' fees;

(b) such other and further relief in favor of Defendants as this Court may deem just and proper.

Dated: New York, New York
April 17, 2008

                                         LAW OFFICE OF JONATHAN Y. SUE

                                         /s/ Jonathan Sue
                                  By: Jonathan Y. Sue (JS / 0738)
                                     *Attorney for Defendants*
                                     1220 Broadway, Suite 502
                                     New York, New York 10001
                                     212.967.1001
                                     212.967.1112 (facsimile)

**To:** Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
Attn: Roman Avshalumov, Esq.
69-12 Austin Street
Forest Hills, New York 11375
T: 718.263.9591
F: 718.263.9598

LAW OFFICE OF
JONATHAN Y. SUE

1220 Broadway
Suite 502
New York, NY 10001
212.967.1001

**08 CIV. 2039    (JGK)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FLORES,

                              Plaintiff,

                          -vs-

EMPIRE CLEANERS INC. and DAE HOON HA,

                            Defendants.

**ANSWER CONTAINING
AFFIRMATIVE DEFENSES**

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
212.967.1001