27-L036

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA FLORES, on her
own behalf and on the behalf of others similarly situated.

CONSENT TO JOIN LAWSUIT

                         Plaintiffs,          CONSENTIMIENTO
                                        PARA HACER
-against-                            PARTE DE UN A DEMANDA

EMPIRE CLEANERS INC and        08 civ 2039 (JGK)
DAE HOON HA, an individual,

                                ECF Case

                          Defendants
-------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:             <u>MARIA FLORES</u>

Address/ Dirección:       <u>33-41 103 RD St</u>

                             <u>Corona, NY 11368</u>

Phone Number / Numero de Teléfono: <u>718 - 781-43-09</u>

Legal Representative / Abogado:   <u>Roman Avshalumov</u>

Signature / Firma:           <u>Maria Rafaela Flores R.</u>

Date / Fecha:               <u>May 5, 2008</u>