Z 7- L O36

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARIA FLORES, on her
own behalf and on the behalf of others similarly situated.

                              CONSENT TO JOIN LAWSUIT

                Plaintiffs,        CONSENTIMIENTO
                                   PARA HACER
-against-                          PARTE DE UN A DEMANDA

EMPIRE CLEANERS INC. and           08 civ 2039 (JGK)
DAE HOON HA, an individual,
                                   ECF Case


                    Defendants
---------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:            MARIA FLORES

Address/ Dirección:      33-41 103 RD St

                         Corona, NY 11368

Phone Number / Numero de Teléfono: 718 - 781-43-09

Legal Representative / Abogado:   Roman Avshalumov

Signature / Firma:       Maria Rafaela Flores R.

Date / Fecha:            May 5, 2008