Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA FLORES, on her
own behalf and on the behalf of others similarly situated.

                    Plaintiff,                SCHEDULING ORDER

           -against-                  08 civ. 2039 (JGK)

EMPIRE CLEANERS INC. and
DAE HOON HA, an individual,

                    Defendants.
_____X

Upon consent of the parties, it is hereby ORDERED as follows:

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants already answered.

2. No additional parties may be joined after 30 days after Examination Before Trial of all parties.

3. No amendment of the pleadings will be permitted no later than 30 days after completion of all discovery.

4. Date for completion of automatic disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure, if not yet made: by June 25th, 2008.

5. ~~The parties shall make required Rule 26(a) (2) disclosures with respect~~ to:

(a) ~~Expert witnesses on or before 90 days before trial~~.

(b) rebuttal expert witnesses on or before, 30 days after expert witness disclosure.

6. All discovery, including depositions of experts, shall be completed on or before December 30, 2008.

7. Pre-motion letters regarding proposed dispositive motions must be submitted within 30 ~~60~~ days following the close of all discovery.

~~9. Status Conference will be held on~~ _____

~~10. A Final Pre-trial conference will be held~~ on _____ .

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: ~~Brooklyn~~ New York, New York

_____6/3_____, 2008

**Hon. John G. Koeltl**

**United States District Judge**

CONSENTED TO:

Attorney for Plaintiff

_/s/ Roman Avshalumov_
Roman Avshalumov, Esq. (RA 5508)

Helen F. Dalton & Associates, PC
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591
Fax: 718-263-9598

Attorneys for Defendants

_/s/_
John Sue (JS 0738)
Law Office of Jonathan Sue
1220 Broadway, Suite 502
New York, New York 10001
Fax 212 967 1912

SO ORDERED.

6/3/08
J.G.K.
U.S.D.J.