UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA FLORES,

                Plaintiff(s)                            08 civ 2039 (JGK)

       -against-                          ORDER OF DISCONTINUANCE

EMPIRE CLEANERS, INC.,

                Defendant(s).
----------------------------------------------------------------X

       It having been reported to this Court that the parties have settled this action,

       It is, on this **18TH** day of **August**, 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                                 JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 18, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008